Honorable Marsha Pechman

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

VERONICA GAMBLE,

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a Foreign
Corporation,

        Defendant.

No. 3:19-cv-05956-MJP

AMENDED JOINT PRETRIAL
ORDER

16

17

18

19

20

      The parties preliminarily conferred regarding the Pretrial Order and trial exhibits. After the submission of this Pretrial Order, the parties anticipate conferring further in an effort to streamline the trial and may submit a proposed Amended Pretrial Order either before or after the Pretrial Conference.

21

                  **I.    JURISDICTION**

22

23

24

      This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. §1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.

25

      This Court has personal jurisdiction over State Farm.

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events  giving rise to the claim occurred in this judicial district.

## II.    CLAIMS AND DEFENSES

### A.  Plaintiff's Claims

Plaintiff is a policyholder on an automobile insurance policy issued by defendant. She brought this action for both contractual underinsured motorist (UIM) benefits and extracontractual damages caused by State Farm's handling of the UIM insurance claim.

Plaintiff will seek a judgment that defendant breached the insurance contract; failed to act in good faith; negligently handled her insurance claim; violated the Consumer Protection Act (CPA), RCW 19.86.090; and violated the Insurance Fair Conduct Act (IFCA), RCW 48.30.015. She will seek recovery of compensatory damages under each of these theories; punitive damages under the CPA and IFCA; and attorney fees and costs. She will also seek injunctive relief from the Court at the conclusion of trial to reform State Farm's claims handling practices under the CPA.

Plaintiff denies the defenses asserted by State Farm.  Plaintiff further contends that State Farm is not entitled to any offset.

### B.  Defendant's Defenses

State Farm claims it is entitled to an offset because it offered to waive its right to reimbursement for PIP medical expenses benefits in the amount of $10,000 which were paid to some of plaintiff's health care providers in 2017, and because plaintiff recovered $25,000 of liability insurance benefits from the party who was at fault for the accident.

State Farm disputes the nature and extent of the injuries sustained by plaintiff in the July 8, 2017 motor vehicle accident. State Farm specifically denies that plaintiff's medical care

AMENDED JOINT PRETRIAL ORDER
(No. 3:19-cv-05956-MJP) - 2

**RUIZ & SMART PLLC**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

relating to an expanded Rahtke's Cleft Cyst, or a pituitary apoplexy including the neurosurgical procedure she underwent on  August 10, 2017, and any follow-up or after-care, was related to or proximately caused by the motor vehicle collsion of July 8, 2017.

State Farm denies that it improperly handled plaintiff's UIM bodily injury claim. State Farm also denies that it breached the insurance contract, violated its duty of good faith or violated the CPA or IFCA statutes. State Farm claims that it conducted a reasonable and thorough investigation of plaintff's UIM claim.

State Farm will request that the jury award plaintiff reasonable damages for her strained / sprained / bruised wrist which is the only injury that the plaintiff sustained in the July 8, 2017 motor vehicle collision. State Farm believes that it is unlikely those damages will exceed the $10,000.00 in PIP benefits it offered to waive and the $25,000.00 in liablity insurance coverage that plaintiff has already received. State Farm will request that the jury return a defense verdict on all extra-contractual claims, including the breach of contract, insurance bad faith, CPA and IFCA claims. State Farm will similarly request that the court deny plaintiff's claim for unspecified injunctive relief.

### III.    ADMITTED FACTS

The parties submit the following joint stipulated and admitted facts:

1.    Plaintiff Veronica Gamble was injured in an automobile collision on July 8, 2017.

2.    The tortfeasor who caused the accident, Claire Grant, struck Gamble's vehicle from behind while Gamble was stopped at a red light.

3.    Gamble bore no fault in the collision.

4.    The collision caused property damage to the bumper of Gamble's vehicle.

AMENDED JOINT PRETRIAL ORDER
(No. 3:19-cv-05956-MJP) - 3

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

5.      State Farm takes the position that the only injuries and damages proximately caused by the July 8, 2017 collision were to Gamble's right wrist.

6.      Although State Farm disputes whether the July 8, 2017 collision caused Gamble's pituitary cyst to expand, a pituitary apoplexy or hemorrhage, or any other pituitary-related injuries, the parties agree Gamble incurred $258,181.95 in medical expenses reasonably necessary for the diagnosis and treatment of her pituitary cyst expansion, pituitary-related injuries, and aftercare.

7.      At the time of the collision, Grant was insured by GEICO. Grant had $25,000.00 in liability coverage for the damages caused by the collision.

8.      On behalf of Grant, GEICO agreed to pay its $25,000.00 policy limits to Gamble and did so.

9.      At the time of the collision, Gamble was covered by her own automobile insurance policy with State Farm.

10.     The State Farm insurance policy covering Gamble for the July 8, 2017 motor vehicle collision provided underinsured motorist (UIM) benefits with a limit of $50,000.00 per person.

11.     Gamble's policy also provided coverage for personal injury protection (PIP) medical expense benefits with a $10,000.00 limit.

12.     The UIM and PIP coverages are separate first-party insurance coverages under the automobile policy.

13.     Gamble is a first-party claimant under the policy.

AMENDED JOINT PRETRIAL ORDER
(No. 3:19-cv-05956-MJP) - 4

**Ruiz & Smart PLLC**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

14.     Gamble made claims under her PIP and UIM coverages for her injuries caused by the collision.

15.     State Farm paid $10,000.00 in PIP benefits to some of Gamble's health care providers.

16.     Gamble made a claim with State Farm for her UIM benefits policy limits in the amount of $50,000.00 on or about February 26, 2018.

17.     Throughout 2017 and 2018, State Farm collected Gamble's medical records and bills.

18.     On March 18, 2019, Gamble's attorney sent a 20-day Insurance Fair Conduct Act violation notice to State Farm and the Washington State Office of the Insurance Commissioner.

19.     On August 2, 2019, Gamble's attorney sent an amended 20-day Insurance Fair Conduct Act violation notice to State Farm and the Washington State Office of the Insurance Commissioner.

20.     State Farm has not paid any UIM benefits to Gamble for her injuries arising from the July 8, 2017 motor vehicle collision.

## IV.     ISSUES OF LAW

### A.  Plaintiff's Statement of Issues

Plaintiff may present the following in motions for judgment as a matter of law during trial:

1.     Did State Farm breach the terms of the insurance policy?

2.     Did State Farm violate the duty of good faith as a matter of law?

3.     Did State Farm negligently handle Gamble's claim as a matter of law.

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

4.      Did State Farm violate claims-handling regulations found at WAC 284-30-330 as a matter of law?

5.      Did State Farm violate the CPA as a matter of law?

6.      Did State Farm violate IFCA as a matter of law?

At the conclusion of trial, plaintiff will also ask the Court to enter an injunction to require State Farm to provide training and impose guidelines consistent with Washington's claims regulations (chapter 284-30 WAC) to its claims representatives. Plaintiff will also seek injunctive relief that State Farm reform its medical review department to comply with Washington claims handling regulations.

**B. Defendant's Statement of Issues**

Defendant State Farm may present Fed. R. Civ. P. 50 motions for judgment as a matter of law seeking to dismiss plaintiff's claims for:

1) Insurance bad faith;

2) Breach of the insurance contract;

3) Negligent claim handling;

4) Violations of the Consumer Protection Act;

5) Violations of the Insurance Fair Conduct Act; and,

6) Claims for declaratory and injunctive relief.

## V.    EXPERT WITNESSES

**A. Plaintiff's Expert Witnesses**

Rob Dietz
3405 172nd St. NE #5
Arlington, WA  98233
(360) 652-2760

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

1    Rob Dietz is an insurance claims expert who will testify about the claims handling and

2    of the claim practice of State Farm Insurance Company regarding plaintiffs' underinsured

3    motorist claim.

4        See also medical treaters identified below.

5        Defendant State Farm reserves the right to move in limine to exclude late disclosed

6    expert witnesses and treating physicians who provided no reports beyond their treatment records

7    to the extent such physicians attempt to testify beyond the matters set forth in their treatment

8    records and chart notes.

9    **B. Defendants Expert Witnesses**

10   Dennis Smith
     4800 Fremont Ave. N., #202
11   Seattle, WA 98103
     (206) 999 – 3506
12

13       Dennis Smith is an insurance claims handling expert who will testify that State Farm

14   appropriately handled plaintiff's UIM claim in this case and met the standards imposed by

15   Washington common law and the Washington Administrative Code (WAC) claim handling

16   regulations at 284-30-330 in accordance with his Fed. R. Civ. P. 26(a)(2) expert disclosure

17   report submitted August 31, 2020.

18

19       Timothy Moebes, B.A.Sc., P.E.
         Trantech
20       2910 Leonard Drive
         Everett, WA 98201
21       (425) 861 - 4666

22       Tim Moebes is registered professional engineer and forensic accident reconstruction

23   expert who will testify in accordance with his Fed. R. Civ. P. 26(a)(2) expert disclosure report

24   submitted August 31, 2020, that the at-fault driver's vehicle collided with the rear bumper of

25

AMENDED JOINT PRETRIAL ORDER
(No. 3:19-cv-05956-MJP) - 7

1   plaintiff's vehicle at a speed of less than 11 miles per hour and accelerated plaintiff's vehicle

2   from a stop to a speed of no more approximately 6.1 miles per hour.

3

4         Steven Klein, M.D.
      4723 N.E. 36th Street

5         Seattle, WA 98105
      (206) 965-8157

6

7         Steven Klein, M.D. is a board-certified neurosurgeon who will testify as to the cause of

8   the symptomology plaintiff experienced in mid to late July 2017. He will testify in accordance

9   with his September 2, 2018 report previously provided to plaintiff's counsel in 2018, his

10  December 28, 2018 addendum report previously provided to plaintiff's counsel in January 2019

11  and his August 10, 2020 declaration provided to plaintiff's counsel in August 2020. Both these

12  reports and the declaration were submitted with State Farm's Fed. R. Civ. P. 26(a)(2) expert

13  disclosure on August 31, 2020.

14

15        Gary K. Stimac, Ph.D., M.D.
      Imaging Network of Seattle

16        26062 S.E. 36th Street
      Sammamish, WA 98075

17        (425) 644-3300

18        Gary Stimac, M.D., Ph.D. is a board-certified radiologist specializing in neuroradiology

19  who will testify in accordance with his August 27, 2020 report which was submitted with State

20  Farm's Fed. R. Civ. P. 26(a)(2) expert disclosure on August 31, 2020.

21

22        Plaintiff reserves the right to object to and move in limine and/or at trial to exclude

23  defendant's expert witnesse(s).

24                   **VI.    LAY WITNESSES**

25  **A.  Plaintiff's Lay Witnesses**

Veronica Gamble
c/o Plaintiff's Counsel

Ms. Gamble is the plaintiff.  She will testify about her accident, her injuries, and her experiences relating to State Farm's handling of her UIM Claim as well as the harm inflicted by defendant's unreasonable denials of insurance payments and benefits.

Kenneth and Sandi Gamble
c/o plaintiff's Counsel

Mr. and Mrs. Gamble are Veronica's parents.  They will testify regarding plaintiff's injuries and insurance claim. They also have knowledge of how plaintiff's injuries impacted her in her day-to-day life.

Thomas Konkle Jr.
13203 145th St. E.
Puyallup, WA 98374
(253)753-4189

Mr. Konkle is Veronica's husband. He will testify regarding plaintiff's injuries and insurance claim. He also has knowledge of how plaintiff's injuries impacted her in her day to day life.

Plaintiff's Medical providers listed below, may testify about plaintiff's injuries, damages, how the crash has affected plaintiff's life, and may provide expert opinions within their professional competencies:

Anoop Patel, M.D.
University of Washington Medical Center
1959 NE Pacific St.
Seattle, WA  98195

Dr. Patel treated plaintiff for the injuries she sustained in the collision. He will testify regarding the physical injuries which were the basis for her insurance claim, his treatment of Gamble as documented in the medical records, the authenticity of medical records, the

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

reasonableness of expenses, and his declaration on file with this Court. He will also testify that nobody at State Farm contacted him to discuss Gamble's injuries. He may provide expert opinions within his professional competencies. Dr. Patel will appear via previously video recorded perpetuation testimony.

Hoan Tran M.D.
St. Joseph Medical Center/CHI Franciscan
1608 S. J. St.
Tacoma, Washington 98405

Dr. Tran treated plaintiff for the injuries she sustained in the collision. He will testify regarding the physical injuries which were the basis for her insurance claim, his treatment of Gamble as documented in the medical records, the authenticity of medical records, the reasonableness of expenses, and his declaration on file with this Court. He will also testify that nobody at State Farm contacted him to discuss Gamble's injuries. He may provide expert opinions within his professional competencies.

Brent Eugene Wisse, M.D.
Harborview Medical Center
325 9th Ave.
Seattle, WA  98104

Dr. Wisse treated plaintiff for the injuries she sustained in the collision. He will testify regarding the physical injuries which were the basis for her insurance claim, his treatment of Ms. Gamble as documented in the medical records, the authenticity of medical records, the reasonableness of expenses, and his declaration on file with this Court. He will also testify that nobody at State Farm contacted him to discuss Gamble's injuries. He may provide expert opinions within his professional competencies. Dr. Wisse will appear via previously video recorded perpetuation testimony.

Blanca Zuniga, MD MPH

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

1   Community Health Care
    1148 Broadway, Suite 100
2   Tacoma, WA 98402
    (Administrative office)
3

4       Dr. Zuniga is plaintiff's primary care physician. Dr. Zuniga may testify about plaintiff's

5   pre and post collision medical history and the authenticity of medical records. She may also

6   testify that nobody at State Farm contacted her to discuss Gamble's injuries. She may provide

7   expert opinions within her professional competencies.

8       Defendant State Farm reserves the right to move in limine to exclude late disclosed

9   expert witnesses, including without limitation Bent Eugene Wisse, and any other treating

10  physicians who provided no reports beyond their treatment records to the extent such physicians

11  attempt to testify beyond the matters set forth in their treatment records and chart notes.

12      Cody Potthast,
    c/o Scott Wakefield
13

14      Mr. Potthast will testify regarding plaintiff's claim for insurance benefits, defendant's

15  investigation of plaintiff's insurance claim, and defendant's unreasonable denials of insurance

16  payments and benefits. He may also testify regarding the topics for which he provided Fed. R.

17  Civ. P 30(b)(6) testimony.

18      Richard Buchmann
    c/o Scott Wakefield
19

20      Mr. Buchmann will testify regarding plaintiff's claim for insurance benefits, defendant's

21  investigation of plaintiff's insurance claim, and defendant's unreasonable denials of insurance

22  payments and benefits. He may also testify regarding the topics for which he provided Fed. R.

23  Civ. P 30(b)(6) testimony.

24      Jennifer Carson
    c/o Scott Wakefield
25

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

1

2          Ms. Carson will testify regarding plaintiff's claim for insurance benefits, defendant's

3   investigation of plaintiff's insurance claim, and defendant's unreasonable denials of insurance

4   payments and benefits.

5          Steven Klein, M.D.
            c/o Scott Wakefield

6          Dr. Klein may be called to testify about his medical examination of plaintiff after the

7   underlying crash and defendant's investigation of plaintiff's insurance claim. He was hired by

8   defendant State Farm.

9

10  **A.     Defendant's Lay Witnesses**

11         Cody Potthast
            Claim Specialist, State Farm Mutual Automobile Ins. Co.

12          c/o Scott Wakefield

13

14         Mr. Potthast is a Claim Specialist at State Farm. Mr. Potthast will testify regarding

15  defendant's investigation and evaluation of plaintiff's UIM bodily injuryclaim.

16

           Richard Buchman

17          Team Manager, State Farm Mutual Automobile Ins. Co.
            c/o Scott Wakefield

18

19         Mr. Buchmann is a Team Manager at State Farm. He was the immediate supervisor of

20  Cody Potthast while Mr. Potthast was handling the Veronica Gamble UIM bodily injury claim.

21  Mr. Buchmann will testify regarding State Farm's investigation and evaluation of plaintiff's

22  UIM bodily injury claim and his supervision of Mr. Potthast while Mr. Potthast was handling

23  that claim.

24

25

AMENDED JOINT PRETRIAL ORDER
(No. 3:19-cv-05956-MJP) - 12

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

Jennifer Carson
Consultant Medical Resources, State Farm Mutual Automobile Ins. Co.
c/o Scott Wakefield

Ms. Carson is a medical resources consultant at State Farm. She will testify concerning questions she received from State Farm Claim Specialist Cody Potthast in March 2018 about the medical conditions plaintiff's counsel claimed plaintiff sustained in the July 8, 2017 motor vehicle collision. She will testify about her responses to those questions, including her suggestion that the claims handlers retain a qualified physician in an appropriate specialty to address their questions concerning the causation of the injuries claimed by plaintiff as a result of motor vehicle collision.

## VII.    EXHIBITS

**B.    Plaintiff's Trial Exhibits**

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| 1 | | Gamble's Insurance Policy and Declaration Pages, GAMBLE001853–1895, 1897, 1901–1917 | X | | |
| 2 | | Photos of Gamble's wrists, Gamble 000001–3 | X | | |
| 3 | | Claim file notes, GAMBLE000002–91 | | X | |

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| 4 | | State Farm's auto injury evaluations for Gamble claim, GAMBLE000178–82 (REDACTED) | X | | |
| 5 | | Auto Injury Evaluation History, GAMBLE000184–87 | X | | |
| 6 | | Gamble's medical records and billings included in claim file, GAMBLE000493–1165, 1183–1186, 1362–84, 1515–1543, 1566, 1570–1596, 1603–18, 1623–1719, 1729–1785, 1806, 1809–1851 (REDACTED and blank pages removed) | | X | |
| 6A | 8/7/2017 | Excerpt Gamble's medical record, Harborview Medical Cener, GAMBLE001090–94 | X | | |
| 6B | 8/8/2017 | Excerpt Gamble's medical record, Harborview Medical Cener, GAMBLE001079–84 | X | | |
| 6C | 7/31/2017 | Excerpt Gamble's medical record, CHI Franciscan, GAMBLE000589 | X | | |

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| 6D | 8/9/2017 | Excerpt Gamble's medical record, Harborview Medical Cener, GAMBLE001138–39 | X | | |
| 6E | 8/10/217 | Excerpt Gamble's medical record, Harborview Medical Cener, GAMBLE001061–62 | X | | |
| 6F | 7/31/2017 | Excerpt Gamble's Medical Records, CT radiology images from CHI Franciscan Health, GAMBLE000570-631 | X | | |
| 7 | 8/7/2017 | Excerpt Gamble's Medical Records from Dr. Tran, GAMBLE00000023-30 (REDACTED) | X | | |
| 8 | | Gamble's Medical Records and Billings from Harborview Medical Center rec'd by stipulation from State Farm, 39–43, 54–59, 212–216, 143–54 (REDACTED) | X | | |
| 9 | 2/24/2020 | Gamble's Medical Record from Dr. Zuniga, Gamble_001113–16 (REDACTED) | | X (relevance) | |

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| 10 | | State Farm Demand supports list, GAMBLE000183 | X | | |
| 11 | | State Farm Auto Claims Manual, GAMV00000001–93, 340–352 | | X (relevance) | |
| 12 | | Selections from State Farm Auto Injury Guidelines, GAMVI00002082–86, 735–37, 1146–48, 2166, 1910, 1913, 1792, 1911, 997–98, 1203–04PROD | | X (relevance) | |
| 13 | | Training log, Cody Potthast, GAMVI00000300-16 | X | | |
| 14 | | Training log, Jennifer Carson, GAMVE0003391–3404 | X | | |
| 15 | | State Farm Inventive Plans, GAMVI00002423–24, 2427–30 | | X | |
| 16 | | State Farm Total Rewards, GAMVE00002878–79 | | X | |
| 17 | | Medical Literature relied on by Dr. Tran, Gamble_1031–1047 | | X (hearsay) | |
| 18 | 201 | State Farm Code of Conduct | | X | |

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| | | GAMVE00002848-2877 | | (relevance) | |
| 19 | 2018 | State Farm Commitment to Policyholders | X | | |
| 20 | 7/31/2017 | Claim Correspondence, GAMBLE000391–93 | X | | |
| 21 | 9/22/2017 | Claim Correspondence, GAMBLE001386–87 | X | | |
| 22 | 2/26/2018 | UIM Claim Letter to State Farm, GAMBLE001166, 1168 | X | | |
| 23 | 2/26/2018 | Letter from State Farm re claim assignment, GAMBLE000350 | X | | |
| 24 | 3/1/2018 | Letter from State Farm re CD, GAMBLE001395 | X | | |
| 25 | 3/2/2018 | Letter to State Farm re supplement to UIM claim, GAMBLE001173–79 (REDACTED) | X | | |
| 26 | 3/7/2018 | Letter from State Farm re GEICO limits, GAMBLE000347 | X | | |
| 27 | 3/15/2018 | Letter to State Farm attaching photos, GAMBLE001921–23 | X | | |
| 28 | 3/27/2018 | Letter from State Farm re Gamble | X | | |

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| | | compensated, GAMBLE000337 | | | |
| 29 | 3/27/2018 | Letter to State Farm re no payment of benefits, GAMBLE000486, 488 | X | | |
| 30 | 4/2/2018 | Letter from State Farm to attorney, GAMBLE000335 (REDACTED) | | X (relevance) | |
| 31 | 4/2/2018 | Letter from State Farm re Policy, GAMBLE000336 | X | | |
| 32 | 4/6/2018 | Letter from State Farm re IME, GAMBLE000332 | X | | |
| 33 | 4/17/2018 | Letter to State Farm re claim position, GAMBLE000471, 473 | X | | |
| 34 | 4/28/2018 | Letter from State Farm re IME, GAMBLE000329 | X | | |
| 35 | 7/31/2018 | Letter to Dr. Klein from State Farm Attorney, LOCKNER0001-5 | X | | |
| 36 | 9/17/2018 | Leter re Dr. Klein report, GAMBLE0001408–21 | X | | |
| 37 | 9/26/2018 | Letter re PIP Exhastion, GAMBLE000315 | X | | |
| 38 | 10/3/2018 | Lette to State Farm re Dr. Tran, GAMBLE001353 | X | | |

AMENDED JOINT PRETRIAL ORDER
(No. 3:19-cv-05956-MJP) - 18

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| 39 | 10/8/2018 | Letter from State Farm re PIP, GAMBLE000304-05 | | X (relevance) | |
| 40 | 12/11/2018 | Letter to State Farm attaching Dr. Tran's declaration, GAMBLE001347–51 | X | | |
| 41 | 1/16/2019 | Letter from State Farm re Dr. Klein supplement, GAMBLE000292, GAMBLE001428–32 | X | | |
| 42 | 1/22/2019 | Letter to State Farm regarding timing of response, GAMBLE001345 | X | | |
| 43 | 2/26/2019 | Letter to State Farm regarding Dr. Klein supplement, GAMBLE001340–41 | X | | |
| 44 | 2/27/2019 | Letter to State Farm regarding no payment of benefits, GAMBLE001337 | X | | |
| 45 | 3/18/2019 | Letter to State Farm regarding IFCA complaint, GAMBLE001324, GAMBLE000453 | X | | |
| 46 | 4/2/2019 | Email to State Farm regarding IFCA letter, GAMBLE001485–86 | X | | |

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| 47 | 4/5/2019 | Letter to State Farm regarding IFCA violations, GAMBLE001438–84 (REDACTED) | | X | |
| 48 | 5/1/2019 | Letter to State Farm regarding IFCA response, GAMBLE001389 | | X | |
| 49 | 5/8/2019 | Letter from State Farm attorney regarding IFCA, GAMBLE000448–51 | | X | |
| 50 | 8/2/2019 | IFCA Notice, GAMBLE001189–92 | | X | |
| 51 | 8/13/2019 | Letter from State Farm attorney to Insurance Commissioner and R. Pauley, GAMBLE000440–41 | | X (relevance) | |
| 52 | 9/20/2021 | Invoice from R. Dietz for expert fees, Gamble–1150 | | X (relevance) | |
| 53 | 9/24/2020 and 7/13/2020 | Invoices from UW Physicians, Gamble_1161–62 | | X (relevance) | |
| 54 | 5/6/2020 | Invoice from Dr. Tran, Gamble_1163 | | X | |
| 55 | 2019–21 | Gamble's presecription report from Costco Pharmacy, Gamble_1151–60 | | X (foundation) | |
| 56–65 | | *RESERVED* | | | X |

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

Plaintiff reserves the right to move to admit any exhibit or portion of an exhibit listed by State Farm and to offer additional exhibits at trial to the extent necessary to rebut evidence offered by defendant or as justice may require.  Plaintiff also reserves the right to rely on demonstrative exhibits not listed in the above table for use at trial.

## C.    Defendant's Trial Exhibits

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| 66 | 05/02/17 | Medical Record Office Visit to Community Health Care (Constance Campbell, M.D.) Bates # 28-30 | | X (duplicate of Plaintiff exhibit) | |
| 67 | 05/20/17 | Medical Record visit to CHI Franciscan St. Clare ER (Rachel Scott, M.D.) Bates # 682-713 | | X (relevance, cumulative) | |
| 68 | 05/22/17 | Medical Record Office Visit to Community Health Care (Blanca Zuniga, M.D.) Bates # 31-35 | | X (duplicate of Plaintiff exhibit) | |
| 69 | 06/19/17 | Medical Record Office Visit to Community Health Care (Blanca Zuniga, M.D.) Bates # 36-38 | | X (duplicate of Plaintiff exhibit) | |
| 70 | 06/23/17 | Community Health Care / Psychotherapy / | | X | |

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| | | Julia Keller, MA LMHC  Bates # 8-12 | | (relevance, cumulative) | |
| 71 | 07/08/17 | Post-collision photo of rear of BMW plaintiff was driving Bates # GAMBLE001923 | | X (duplicate of Plaintiff exhibit) | |
| 72 | 07/08/17 | Post-collision photo of Kia Rio being driven by the at-fault driver Bates # GAMBLE001922 | | X (duplicate of Plaintiff exhibit) | |
| 73 | 07/08/17 | Medical Record visit to CHI Franciscan St. Clare ER (Charles Moore, M.D.) Bates # 635-644 | | X (duplicate of Plaintiff exhibit) | |
| 74 | 07/11/17 | Community Health Care / Psychotherapy / Marjorie Page, MS LMFT  Bates # 13-15 | | X (relevance, cumulative) | |
| 75 | 07/12/17 | Geico Property Damage Estimate to BMW plaintiff was driving at the time of the collision Bates # GAMBLE001960 - 1965 | | | X (relevance, hearsay, cumulative) |
| 76 | 07/26/17 | Medical Record visit to Community Health Care (Blanca Zuniga, | | X (duplicate of Plaintiff exhibit) | |

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| | | M.D.) Bates # 39-43 | | | |
| 77 | 07/26/17 | Medical Record TRA Medical Imaging radiology report / Howard Sun, MD Bates # 7 | X | | |
| 78 | 07/26/17 | Community Health Care / Psychotherapy / Marjorie Page, MS LMFT Bates # 16-18 | | X (relevance, cumulative) | |
| 79 | 07/26/17 | Correspondence from Community Health Care / Yessenia Flores Martinez, NCMA Bates # PID Gamble 00421 | X | | |
| 80 | 07/31/17 | Medical Record CHI Franciscan Health / St. Clare Hospital ER visit / Thomas Williams, DO, Bates # 572-582 | X | | |
| 81 | 07/31/17 | Head CT radiology report CHI Franciscan Health / Lawrence Soo-Young Park, MD, Bates # 595-597 | | X (duplicate of Plaintiff exhibit) | |
| 82 | 07/31/17 | CHI Franciscan Health Head MRI radiology report / Jeremy Cardinal, MD, Bates # 600-603 | X | | |
| 83 | 07/31/17 | Community Health Care / Triage Note Bates # PID Gamble 000394 | | X (duplicate of Plaintiff exhibit) | |

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| 84 | 08/01/17 | Office Visit Community Health Care / Blanca Zuniga, MD Bates # 44-47 | | X (duplicate of Plaintiff exhibit) | |
| 85 | 08/01/17 | Community HC / Psychotherapy / Marjorie Page, MS LMFT Bates # 19-21 | | X (relevance, cumulative) | |
| 86 | 08/03/17 | CHI Franciscan Health / Thomas Williams, DO / Addendum Note Bates # 583 | X | | |
| 87 | 08/03/17 | Medical Record Franciscan Medical Group / Franciscan Endocrinology Initial Consult Note / Andy Cheng, MD Bates # 16-21 | X | | |
| 88 | 08/07/17 | Franciscan Medical Group / Joanne Bachman, DO Bates # 21-23 | X | | |
| 89 | 08/07/17 | Medical Record Franciscan Medical Group / Neurosurgery Initial Consult / Hoan-Vu Phan Tran, MD Bates # 23-30 | | X (duplicate of Plaintiff exhibit) | |
| 90 | 08/07/17 | Medical Record Harborview Medical Center / Joel Fahling, MD / ER Bates # PID Gamble 000633-637 | | X (duplicate of Plaintiff exhibit) | |
| 91 | 08/07/17 | Medical Record Harborview | | X | |

AMENDED JOINT PRETRIAL ORDER
(No. 3:19-cv-05956-MJP) - 24

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| | | Medical Center ER / Michael Meyer, MD, / Bates # PID Gamble PID Gamble 000655-656 | | (duplicate of Plaintiff exhibit) | |
| 92 | 08/08/17 | Medical record / UW Medical Center / Harborview Medical Center Maxillofacial CT Scan Report / Nathan Cross, MD Bates # 267-268 | | X (duplicate of Plaintiff exhibit) | |
| 93 | 08/08/17 | Harborview Medical Center MC / Shawn Moore, PA-C Bates # PID Gamble 000619-621 | | X (duplicate of Plaintiff exhibit) | |
| 94 | 08/08/17 | Medical Record Harborview Medical Center / Farah Daneshvar, DO & Tracy Tylee, MD Bates # PID Gamble 000622-627 | | X (duplicate of Plaintiff exhibit) | |
| 95 | 08/08/17 | Medical Record Harborview Medical Center / Christopher Sidu, RN Bates # PID Gamble 000630 | | X (duplicate of Plaintiff exhibit) | |
| 96 | 08/09/17 | Medical Record Head MRI Report UW Medical Center / Harborview Medical Center Recs / Nathan | | X (duplicate of Plaintiff exhibit) | |

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| | | Cross, MD Bates # 265-266 | | | |
| 97 | 08/09/17 | Medical Record Harborview Medical Center / Farah Daneshvar, DO Bates # PID Gamble 000606-608 | | X (duplicate of Plaintiff exhibit) | |
| 98 | 08/10/17 | Harborview Medical Center / Kristen Moe, MD / Operative Report Bates # 205-207 | | X (duplicate of Plaintiff exhibit) | |
| 99 | 08/10/17 | Harborview Medical Center / Anoop Patel, MD / Operative Report Bates # 208-209 | | X (duplicate of Plaintiff exhibit) | |
| 100 | 8/10/17 | Neuropathological Diagnosis UW Medical Center / Harborview Medical Center Rajnish Bharadwaj, Ph.D.; Jing Zhang, M.D., Ph.D. Bates # 248 | | X (duplicate of Plaintiff exhibit) | |
| 101 | 08/10/17 | UW Medical Center / Harborview Medical Center Post-operative Brain MRI / David Haynor, MD Bates # 261-262 | | X (duplicate of Plaintiff exhibit) | |
| 102 | 08/10/17 | Medical Record UW Medical Center / Harborview Medical Center / CT of Head Jeffrey Jarvik, MD Bates # 263-264 | | X (duplicate of Plaintiff exhibit) | |

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| 103 | 03/01/18 | Correspondence State Farm Claim Rep. Cody Potthast to Ryan Pauley Bates # GAMBLE000348 | | X (duplicate of Plaintiff Exhibit) | |
| 104 | 03/15/18 | Correspondence State Farm Claim Rep. Cody Potthast to Ryan Pauley Bates # GAMBLE000338 | X | | |
| 105 | 04/09/18 | Email from Lockner, Crowley & Kay to Ryan Pauley (produced in response to subpoena duces tecum to Lockner, Crowley & Kay) | X | | |
| 106 | 09/02/18 | Steve Klein, M.D. records review report re: Veronica Gamble (Cover sheet from Machaon dated 9/7/2018)  Bates # GAMBLE001793-1805 | | X (duplicate of Plaintiff Exhibit) | |
| 107 | 09/20/18 | Correspondence State Farm Claim Rep. Cody Potthast to Ryan Pauley Bates # GAMBLE000317 | | X (duplicate of Plaintiff Exhibit) | |
| 108 | 10/12/18 | Correspondence State Farm Claim Rep. Cody Potthast to Ryan Pauley Bates # GAMBLE000303 | X | | |
| 109 | 12/06/18 | Hoan Tran, M.D. Declaration and Exhibit Bates # | | X (duplicate of Plaintiff Exhibit) | |

AMENDED JOINT PRETRIAL ORDER
(No. 3:19-cv-05956-MJP) - 27

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| | | GAMBLE001348-51 | | | |
| 110 | 12/11/18 | Correspondence from Ryan Pauley to State Farm (forwarding 12/6/2018 Hoan Tran, M.D. Declaration) Bates # GAMBLE001347 | | X (duplicate of Plaintiff Exhibit) | |
| 111 | 12/28/18 | Steven Klein, M.D. Addendum report re: Veronica Gamble in response to 12/6/2018 Hoan Tran, M.D. Declaration Bates # GAMBLE001428-32 | | X (duplicate of Plaintiff Exhibit) | |
| 112 | 01/16/19 | Correspondence State Farm Claim Rep. Cody Potthast to Ryan Pauley (forwarding Steven Klein, M.D. addendum report) Bates # GAMBLE000292 | | X (duplicate of Plaintiff Exhibit) | |
| 113 | 01/25/19 | Correspondence State Farm Claim Rep. Cody Potthast to Ryan Pauley Bates # GAMBLE000291 | | X (cumulative) | |
| 114 | 02/07/19 | Correspondence State Farm Claim Rep. Cody Potthast to Ryan Pauley Bates # GAMBLE000290 | | X (cumulative) | |

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| Exhibit No. | Date | Description | (a) Admissibility Stipulated | (b) Authenticity Stipulated; Admissibility Disputed | (c) Authenticity & Admissibility Disputed |
|---|---|---|---|---|---|
| 115 | 02/27/19 | Correspondence State Farm Claim Rep. Cody Potthast to Ryan Pauley Bates # GAMBLE000289 | X | | |
| 116 | 03/01/19 | Correspondence State Farm Claim Rep. Cody Potthast to Ryan Pauley Bates # GAMBLE000288 | | X (cumulative) | |
| 117 | Undated | Illustrative Exhibit of anatomy of mid-cranial area including sella turcia, pituitary stalk, optic chiasm and other anatomic features relevant to case | | | X |
| 118 | Undated | MRI Image / Dr. Klein #1 | | | X |
| 119 | Undated | MRI Image / Dr. Klein #2 | | | X |
| 120 | Undated | MRI Image / Dr. Klein #3 | | | X |
| 121 | Undated | MRI Image / Dr. Klein #4 | | | X |
| 122 | Undated | Dr. Stimac PPT Presentation | | | X |
| 123-133 | | *RESERVED* | | | X |

     Defendant reserves the right to move to admit any exhibit or portion of an exhibit listed by plaintiff. Defendant reserves the right to introduce and move to admit additional exhibits at trial to rebut plaintiff's case-in-chief or rebuttal witnesses.

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

1

## VIII.    DEPOSITION DESIGNATIONS

2

Dr. Anoop Patel, perpetuation testimony taken September 16, 2021, wil be played via

3

recorded video in its entirety subject to rulings on the parties' objections. Plaintiff waives and

4

will remove from the video transcript to be played ot the jury the following objections:

5

- 63:3–18

6

- 65:20–23

7

- 69:22–24

8
9

- 71:4

- 76:9–11

10

- 77:11

11

- 77:13–15

12

- 78:7–8

13

- 79:5–19

14

- 82:4

15

- 82:8–12

16

- 82:20–22

17
18

- 83:4

- 84:24

19
20

- 85:1–2

21

- 93:7

22

23

State Farm also withdraws its objections to the admissibility of Exhibits 6A, 6B (page

24

22); Exhibit 6C (page 35); and 6E (page 46).

25

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

1    The withdrawn objections noted above have been redacted from the transcript of Dr.

2  Patel, attached hereto.

3    The disputed objections necessiting rulings from the Court are highlighted.

4    Dr. Brent Wisse, perpetuation testimony taken October 7, 2021, in its entirety subject to

5  rulings on the parties' objections. The parties will designate the testimony with any revisions as

6  to objections as soon as the transcript is received from the Court reporter and file a supplemental

7  deposition designation.

8

9                          IX.    COVID-19 ISSUES

10    This trial will be conducted entirely via remote videoconference per the Court's Order

11  for Remote Jury Trial, Dkt. 99.

12                          ORDER OF THE COURT

13    This case is scheduled for a trial before a jury on October 25, 2021, at 9:00 a.m. to be

14  conducted via ZoomGov. This order has been approved by the parties as evidenced by the

15  signatures of their counsel. This order shall control the subsequent course of the action unless

16  modified by a subsequent order. This order shall not be further amended except by order of the

17  court pursuant to agreement of the parties or to prevent manifest injustice.

18    SO ORDERED.

19  This 20th day of October, 2021.

20

21

22                        Marsha J. Pechman
                          United States Senior District Judge
23

24  \\

25

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

1     RESPECTFULLY SUBMITTED October 8, 2021.

2                         **RUIZ & SMART**
3                         **PLAINTIFF LITIGATION PLLC**

4                         By: */s/Kathryn Knudsen*
5                         Isaac Ruiz, WSBA #35237
                        iruiz@ruizandsmart.com
6                         Kathryn M. Knudsen, WSBA #41075
                        kknudsen@ruizandsmart.com
7

8                         **PAULEY LAW GROUP PLLC**

9

10                        By */s/Ryan Pauley*
                        Ryan Pauley, WSBA #35237

11

12                         *Counsel for Plaintiff*

13                         **WAKEFIELD & KIRKPATRICK, PLLC**

14

15                         By *s/Scott Wakefield*
                        Scott Wakefield WSBA #11222
16                         swakefield@wakefieldkirkpatrick.com
                        Noelle Symanski,WSBA #57022
17                         nsymanski@wakefieldkirkpatrick.com

18                         *Counsel for State Farm*

19

20

21

22

23

24

25

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

AMENDED JOINT PRETRIAL ORDER
(No. 3:19-cv-05956-MJP) - 32