# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERONICA GAMBLE,<br><br>     Plaintiff,<br><br> v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>     Defendant. | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C19-5956 MJP |

X  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE JURY FOUND in favor of Plaintiff Veronica Gamble on all her claims and awarded: (1) $50,000.00 for breach of contract; (2) $50,000.00 for violating the Insurance Fair Conduct Act and $150,000.00 in total damages (including enhanced damages) for violating the Insurance Fair Conduct Act; (3) $150,000.00 for failure to act in good faith; (4) $500,000.00 for State Farm's negligence; and (5) $50,000.00 for violating the Consumer Protection Act. The total award from the Jury is $950,000.00 (See Jury Verdict (Dkt. Nos. 132 (sealed), 133 (redacted)).)

AFTER CONSIDERING POST-TRIAL MOTIONS, THE COURT AMENDS THE JUDGMENT as follows: (1) the Court reduces the jury's award as to Gamble's breach of contract claim by $35,000; (2) the Court awards $25,000 in treble damages for Gamble's CPA claim; (3) the Court awards Gamble $380,328.00 in attorneys' fees, and (4) the Court awards Gamble $33,651.78 in costs

Dated January 10, 2022.

Ravi Subramanian
Clerk of Court

s/ Serge Bodnarchuk
Deputy Clerk
